**Opinion filed April 24, 2025**



In The

# Eleventh Court of Appeals

_____

## No. 11-24-00139-CV
_____

## LUFKIN US ACQUISITION COMPANY, LLC, Appellant

## V.

## JOSH CARTY; KEVIN PHILLIPS; AND LIBERTY LIFT SOLUTIONS, LLC, Appellees

**On Appeal from the 142nd District Court**
**Midland County, Texas**
**Trial Court Cause No. CV60629**

### M E M O R A N D U M   O P I N I O N

This interlocutory appeal arises from the trial court's order denying Appellant's application for temporary injunction. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(4) (West Supp. 2024). Appellant, Lufkin US Acquisition Company, LLC, has filed an unopposed motion to dismiss the appeal pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.1(a)(1). In the motion, Appellant states that "[t]he parties have resolved

this case via Confidential Settlement Agreement" and asks that we dismiss the appeal. Appellant states that each party will bear its own costs. *See* TEX. R. APP. P. 42.1(d).

We grant Appellant's motion and dismiss this appeal.


JOHN M. BAILEY

CHIEF JUSTICE


April 24, 2025

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

2